SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
Michael J. Burns (SBN 176214)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Respondent
CITISCAPE PROPERTY MANAGEMENT GROUP LLC.

FILED
SEP - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATION UNION, LOCAL 1877,<br><br>Petitioner,<br><br>vs.<br><br>CITISCAPE PROPERTY MANAGEMENT GROUP LLC; DOES 1 THROUGH X,<br><br>Respondent. | Case No. CV 09-0608 SBA<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO** |

Respondent CITISCAPE PROPERTY MANAGEMENT GROUP LLC ("CITISCAPE") hereby requests the Court to approve the substitution of Chapman & Intrieri, L.L.P. as its attorney of record in place and stead of Seyfarth Shaw, LLP.

CITISCAPE consents to this substitution.

DATED: 8/23/09

CITISCAPE PROPERTY MANAGEMENT GROUP LLC.

By: _____
Kevin S. Wiley, President

///
///

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO CV-09-0608 SBA

Seyfarth Shaw, LLP as counsel substituting out consents to this substitution.

SEYFARTH SHAW, LLP

DATED: 8/12/09

By: _____
Michael J. Burns
Current Attorneys for Respondent
CITISCAPE PROPERTY MANAGEMENT
GROUP LLC.

Chapman & Intrieri, L.L.P., as counsel substituting in, consents to this substitution. Attorney Mark G. Intrieri (SBN 116627) of Chapman & Intrieri, L.L.P. will be the new attorney of record for CITISCAPE. Mr. Intrieri's contact information is as follows: 2236 Mariner Square Drive, Suite 300, Alameda, CA 94501; Tel: (510) 864-3600; and Fax: (510) 864-3601.

DATED: August 28 2009

CHAPMAN & INTRIERI, L.L.P.

By: _____
Mark G. Intrieri
Attorneys for Respondent
CITISCAPE PROPERTY MANAGEMENT
GROUP LLC.

## ORDER

The Court hereby orders that the request of Defendant CITISCAPE PROPERTY MANAGEMENT GROUP LLC to substitute Mark G. Intrieri (SBN 116627) of Chapman & Intrieri, L.L.P., 2236 Mariner Square Drive, Suite 300, Alameda, CA 94501; Tel: (510) 864-3600; and Fax: (510) 864-3601; E-mail: mintrieri@chapmanandintrieri.com, as attorney of record in place of and stead of Seyfarth Shaw LLP, is hereby granted.

**IT IS SO ORDERED.**

DATED: 9-3-09

By: _____
Saundra B. Armstrong
United States District Judge

P:\DATA\Open Cases\33757-a\Pleadings\Substitution of Atty.wpd

<u>*Citiscape Property Management Group, LLC*</u>
USDC, Northern District of California, Case No. CV 09-0608 CRB
Our File #337.571

## Proof of Service

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Chapman & Intrieri, L.L.P., and my business address is 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501-1090.

On **August 28, 2009,** I served the within:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO**

on the parties in this action, by transmitting a true copy of the foregoing document(s) in the following manner:

<u>**XX**</u>   **(BY ELECTRONIC SERVICE)** I caused to be delivered by E-Mail delivery this date each of the above documents, to the following:

**To All Parties Listed on the Court's Website**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **August 28, 2009,** at Alameda, California.

Pamela Thompson