ANTONIO RUIZ, Bar No. 155659
aruiz@unioncounsel.net
MANJARI CHAWLA, Bar No. 218556
mchawla@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, <br><br> Petitioner, <br><br> v. <br><br> CITISCAPE PROPERTY MANAGEMENT GROUP LLC; DOES I THROUGH X, <br><br> Respondents. | No.   CV 09-0608 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE** |

The undersigned parties hereby stipulate and request that the Court remove the January 20, 2010 settlement conference in the above-captioned matter from the Court's Calendar as Plaintiff Service Employees International Union, Local 1877 and Defendant Citiscape Property Management Group, LCC intend to resolve their dispute through cross-motions for summary judgment. The parties have agreed to file briefs in December 2009 and hold a hearing before the Court on January 12, 2010 on the cross-motions for summary judgment. The parties do not know if the Court will render a decision prior to January 20, 2010, the current date for the settlement conference. If the cross-motions for summary judgment do not resolve the parties' dispute, the parties are willing to participate in a settlement conference at that time.

Dated: October ____, 2009.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:_____
Manjari Chawla
Attorney for Petitioner

Dated: October 20, 2009.

By:_____
Mark G. Intrieri
Attorney for Respondent

## ORDER

The Court approves the terms of the above Stipulation and hereby removes the January 20, 2010 settlement conference from its Calendar.

Dated:_____

_____
The Honorable
Magistrate Judge of the District Court

120303/548389

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE, Case No. CV 09-0608 SBA

Dated: October 23, 2009.

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: _____
        Manjari Chawla
        Attorney for Petitioner

Dated: October ____, 2009.

        By: _____
        Mark G. Intrieri
        Attorney for Respondent

### ORDER

The Court approves the terms of the above Stipulation and hereby removes the January 20, 2010 settlement conference from its Calendar.

Dated: October 26, 2009

        _____
        The Honorable James Larson
        Magistrate Judge of the District Court

120303/548389

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001