ANTONIO RUIZ, Bar No. 155659
aruiz@unioncounsel.net
MANJARI CHAWLA, Bar No. 218556
mchawla@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CITISCAPE PROPERTY MANAGEMENT GROUP LLC; DOES I THROUGH X,<br><br>　　　　Respondents. | No.　　CV 09-0608 SBA<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

　　　　The undersigned parties hereby stipulate and request that the Court remove the January 20, 2010 settlement conference in the above-captioned matter from the Court's Calendar as Plaintiff Service Employees International Union, Local 1877 and Defendant Citiscape Property Management Group, LCC intend to resolve their dispute through cross-motions for summary judgment.  The parties have agreed to file briefs in December 2009 and hold a hearing before the Court on January 12, 2010 on the cross-motions for summary judgment.  The parties do not know if the Court will render a decision prior to January 20, 2010, the current date for the settlement conference.  If the cross-motions for summary judgment do not resolve the parties' dispute, the parties are willing to participate in a settlement conference at that time.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE,  Case No. CV 09-0608 SBA

1   Dated: October ____, 2009.

2                                           WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation
3
                                            By:_____
4                                               Manjari Chawla
                                                Attorney for Petitioner
5

6   Dated: October ____, 2009.

7
                                            By:_____
8                                               Mark G. Intrieri
                                                Attorney for Respondent
9

10
                                         **ORDER**
11
       The Court approves the terms of the above Stipulation and hereby removes the January 20,
12
    2010 settlement conference from its Calendar.
13

14
    Dated: 10/26/09                         _____
15                                              The Honorable Saundra Brown Armstrong
                                                Judge of the District Court
16

17

18  120303/548389

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE,  Case No. CV 09-0608 SBA