UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877,<br><br>Plaintiff,<br><br>vs.<br><br>CITISCAPE PROPERTY MANAGEMENT GROUP LLC; DOES 1 THROUGH X,<br><br>Defendants. | Case No:  C 09-0608 SBA<br><br>**ORDER GRANTING JOINT APPLICATION TO EXTEND LAW AND MOTION CUT-OFF**<br><br>[Docket 43] |

Having read and considered the parties' joint application to extend the law and motion cut-off to accommodate the parties' cross-motions for summary judgment, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The joint application is GRANTED. The hearing on the cross-motions shall take place on **March 2, 2010 at 1:00 p.m.** Opposition briefs are not to exceed 15 pages and shall be filed by January 12, 2010. Reply briefs are not to exceed 10 pages and shall be filed by January 26, 2010. The parties are advised that the Court may adjudicate the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b). The parties are advised to check the Court's website to determine whether an appearance on the motion is required.

2. The trial date of March 11, 2010, and date and deadlines set forth at Paragraphs E through H in the Order for Pretrial Preparation (Docket 28) are VACATED, and will be rescheduled, if appropriate, following resolution of the cross-motions for summary judgment.

3. Docket 41 (filed by Respondent) is a duplicate of Docket 42 and shall therefore be stricken and terminated by the Clerk. This Order terminates Docket 43.

IT IS SO ORDERED.

Dated: December 16, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Court