UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CITISCAPE PROPERTY MANAGEMENT GROUP LLC; DOES I THROUGH X,<br><br>　　　　Respondents. | Case No. C 09-0608 SBA<br><br>**JUDGMENT** |

　　In accordance with the Court's Order granting Respondent's motion for summary judgment,

　　IT IS HEREBY ORDERED THAT judgment shall be entered in favor of Respondent.

　　IT IS SO ORDERED.

Dated: September 1, 2010　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge